STATE OF NEW JERSEY v. BREWER BRUNSON.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS LAMAR BROWN.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND ALVES.

February 26, 1980.

Petition for certification denied.